■ LCB PARKING CORP., Respondent, v BUTTERFIELD HOUSE INC., Appellant.—Judgment, Supreme Court, New York County (Felice Shea, J.), entered on July 27, 1989, unanimously affirmed, for the reasons stated by Felice Shea, J., with costs and with disbursements. Concur—Sullivan, J. P., Ross, Kassal, Smith and Rubin, JJ.

■ In the Matter of MARCIA SHEILA KASDAN, an Attorney. —Motion to extend effective date of suspension to February 2, 1991 granted. Concur—Murphy, P. J., Kupferman, Sullivan, Ross and Carro, JJ.

■ JOAN R. DONOVAN, Respondent, v RICHARD DONOVAN, Petitioner. RICHARD DONOVAN, Petitioner, v JOAN RODENBERG et al., Respondents.—Application for an order compelling respondent Justice to take certain action and to refrain from taking other action in the above-entitled matter, and for other relief, unanimously denied, the cross motion granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Ross, Ellerin and Smith, JJ.